STARBUCK, Appellant, v. FARMERS' NAT. BANK OF MALONE, Respondent. (Supreme Court, Appellate Division, First Department. March Term, 1898.) Action by James Lewis Starbuck, as assignee, etc., of J. R. Wildard & Co., against the Farmers' National Bank of Malone. No opinion. Order affirmed, with $10 costs and disbursements. ·

STIERINGER, Appellant, v. DYER et al., Respondents. (Supreme Court, Appellate Division, First Department. June 24, 1898.) Action by Luther Stieringer, as trustee, against Richard N. Dyer and others. W. F. Goldbeck, for appellant. C. Gignoux, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

STULTZ et al., Respondents, v. REID et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. July 26, 1898.) Action by Stultz & Bauel against John W. Reid and another. No opinion. Judgment affirmed, with costs. All concur.

STURDEVANT, Appellant, v. WARNER et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. June 18, 1898.) Action by George W. Sturdevant, as administrator, etc., against Seth H. Warner and Susanna E. Warner, individually and as executors, etc. No opinion. Judgment affirmed, with costs. All concur, except ADAMS, J., not voting.

SULLIVAN, Appellant, v. BAKER, Respondent. (Supreme Court, Appellate Division, First Department. June 17, 1898.) Action by Daniel J. Sullivan against Howard E. Baker. D. F. Hays, for appellant. J. Fettretch, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. See 52 N. Y. Supp. 1150.

SYRACUSE RAPID-TRANSIT RY. CO., Appellant, v. SYRACUSE & S. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. June 18, 1898.) Action by the Syracuse Rapid-Transit Railway Company against the Syracuse & Suburban Railroad Company. No opinion. Order affirmed, with $10 costs and disbursements. All concur, except WARD, J., not voting.

TANNENBAUM et al. v. POUCHER et al. (Supreme Court, Appellate Division, First Department. June 17, 1898.) Action by L. Tannenbaum & Co. against George W. Poucher and others. No opinion. Application denied. See 53 N. Y. Supp. 584.

THATCHER, Appellant, v. BOARD OF SUP'RS OF STEUBEN COUNTY et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. June 18, 1898.) Action by Theodore J. O. Thatcher against the board of supervisors of Steuben county; Gamaliel T. Conine, as treasurer of the county of

Steuben; the town of Bath; the town of Corine; and others. No opinion. Judgment reversed, on the authority of Town of Wirt v. Board of Sup'rs of Allegany County, 90 Hun, 210, 35 N. Y. Supp. 887, and a new trial ordered, with costs to appellant to abide the event. Order for extra allowance reversed. See 47 N. Y. Supp. 124.

In re THOMPSON. (Supreme Court, Appellate Division, Second Department. July 7, 1898.) In the matter of the application of Seymour D. Thompson for admission to the bar. No opinion. Application granted.